HARRIS B. TABACK, California Bar No. 111017
LAW OFFICES OF HARRIS B. TABACK
345 Franklin Street, Suite. 102
San Francisco, CA  94102
(415) 241-1400

Attorney for Defendant
SHABNAM ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR-S-07-336 KJM |
| Plaintiff, | |
| vs. | STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME |
| SHABNAM ANDERSON, | |
| Defendant. | |

Defendant, SHABNAM ANDERSON, by and through her counsel, Harris B. Taback, and the United States, by counsel Caely E. Fallini, Certified Student Misdemeanor Unit, stipulate and agree that the currently-set status conference in Case No. CR-S-07-336 KJM on November 15, 2007, should be continued to January 10, 2008, at 10:00 a.m.  The parties further stipulate that the time period from November 15, 2007, up to and including the new status conference date of January 10, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case and to complete an investigation in order to effectively prepare the defense.

///

///

///

///

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, the parties agree that the requested time be excluded in the interests of justice under 18 U.S.C. S 3161 (h) (8) (B) (iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United Status Attorney

DATED:   November 7, 2007         By:   /s/ Matthew C. Stegman
                                         Assistant United States Attorney

DATED:   November 7, 2007         By: /s/ Harris B. Taback
                                         Attorney for Shabnam Anderson

**ORDER**

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. The status conference set for November 15, 2007, at 10:00 a.m. is vacated;

2. A status conference is set for January 10, 2008, at 10:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. S 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial act shall be excluded from November 15, 2007, up to and including January 10, 2008.

DATED: November 7, 2007.

_____
U.S. MAGISTRATE JUDGE

- 2 -