1  HARRIS B. TABACK, California Bar No. 111017
   LAW OFFICES OF HARRIS B. TABACK
2  345 Franklin Street, Suite. 102
   San Francisco, CA  94102
3  (415) 241-1400

4  Attorney for Defendant
   SHABNAM ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  CR-S-07-336 KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING THE STATUS |
| | ) | CONFERENCE AND EXCLUDING |
| SHABNAM ANDERSON, | ) | TIME |
| | ) | |
| Defendant. | ) | |

Defendant, SHABNAM ANDERSON, by and through her counsel, Harris B. Taback, and the United States, by counsel Caely E. Fallini, Certified Student Misdemeanor Unit, stipulate and agree that the currently-set status conference in Case No. CR-S-07-336 KJM on January 24, 2008, should be continued to February 28, 2008, at 10:00 a.m.  The parties further stipulate that the time period from January 24, 2008, up to and including the new status conference date of February 28, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case and to complete an investigation in order to effectively prepare the defense.

///

///

///

///

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, the parties agree that the requested time be excluded in the interests of justice under 18 U.S.C. S 3161 (h) (8) (B) (iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United Status Attorney

DATED: January 16, 2008        By: /s/ Matthew C. Stegman
                               Assistant United States Attorney

DATED: January 16, 2008        By: /s/ Harris B. Taback
                               Attorney for Shabnam Anderson

**ORDER**

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. The status conference set for January 24, 2008, at 10:00 a.m. is vacated;

2. A status conference is set for February 28, 2008, at 10:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. S 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from January 24, 2008, up to and including February 28, 2008.

DATED: January 18, 2008.

U.S. MAGISTRATE JUDGE