IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-07-336 KJM |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER TO RESCHEDULE STATUS CONFERENCE |
| SHABNAM ANDERSON, | ) ) | |
| Defendant. | ) ) | |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the February 28, 2008 Status conference is vacated and a Status Conference is set for March 13, 2008 at 10:00 a.m.

The Court finds that the time exclusion under 18 U.S.C. Section 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from February 28, 2008, up to and including March 13, 2008.

DATED: February 22, 2008.

U.S. MAGISTRATE JUDGE