**FILED**

OCT 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. CR-S-07-336 KJM |
| )  | |
| Plaintiff,        ) | ~~PROPOSED~~ ORDER |
| )  | RESCHEDULING SENTENCING |
| vs.        ) | |
| )  | |
| SHABNAM ANDERSON,        ) | |
| )  | |
| Defendant.        ) | |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED that the October 16, 2008 Sentencing Hearing in the above referenced matter is rescheduled to November 20, 2008 at 10:00 a.m.

The initial draft of the Pre-Sentence report is due on October 21, 2008. Informal objections are due on October 30, 2008. The final Pre-Sentence Report is due on November 6, 2008.

Formal Objections and Sentencing Memorandums are due on November 13, 2008.

DATED:    October 15, 2008

_____
The Honorable Kimberly J. Mueller
United States District Court Magistrate