IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHABNAB B. ANDERSON,<br><br>    Defendant. | Case No.  CR-S-07-336 KJM<br><br>ORDER WAIVING DEFENDANT'S PRESENCE ON SEPTEMBER 3, 2009 |

GOOD CAUSE APPEARING and upon a stipulated request from the defendant and the United States IT IS HEREBY ORDERED THAT defendant SHABNAB B. ANDERSON'S presence at the September 3, 2009 Status Conference at 10:00 a.m. is waived and she may appear through counsel.

DATED: September 1, 2009.

_____
U.S. MAGISTRATE JUDGE