IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHABNAB B. ANDERSON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  CR-S-07-336 KJM<br><br>ORDER DIRECTING THE PROBATION DEPARTMENT FOR THE NORTHERN DISTRICT OF CALIFORNIA TO RELEASE DEFENDANT'S MONTHLY TREATMENT REPORTS TO DEFENSE COUNSEL AND TO THE UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF CALIFORNIA |
|---|---|---|

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the United States Probation Department for the Northern District of California is directed to provide copies of all Monthly Treatment Reports of Defendant SHABNAB B. ANDERSON to her Counsel, HARRIS B. TABACK, and to the United States Attorney's Office for the Eastern District, Sacramento Division.

DATED: November 17, 2009.

_____
U.S. MAGISTRATE JUDGE