IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                No. S-07-CR-336 KJM

    vs.

SHABNAB ANDERSON,

    Defendant.                            <u>ORDER</u>

_____/

        This matter was on calendar on January 21, 2010 for sentencing following revocation of defendant's probation.

        Defendant is hereby advised that she has the right to appeal the sentence imposed. Any notice of appeal must be filed with the court within fourteen days from today's date. If defendant desires representation by counsel and is unable to afford counsel on appeal, the court will appoint counsel for her.

DATED: January 21, 2010.

_____
U.S. MAGISTRATE JUDGE

1